UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR3104-JLS |
|---|---|
| Plaintiff, | **ORDER ADVANCING SENTENCING HEARING AND GRANTING LEAVE TO PROCEED VIA VIDEOCONFERENCE OR TELECONFERENCE** |
| v. | |
| ERIC DIAZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon joint motion of the parties and for good cause shown, that the Sentencing Hearing currently scheduled for April 2, 2021 be advanced to February 12, 2021, at 9:00 a.m., and that counsel for both parties as well as defendant Eric Diaz be permitted to appear by video or telephone conference. The Court finds that, pursuant to the CARES Act and CJO-56, and for the reasons cited in the joint motion, the sentencing in this case cannot be further delayed without serious harm to the interests of justice.

IT IS SO ORDERED.

Dated: February 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge